STEARNS, Appellant, v. SHEPARD & MORSE LUMBER CO., Respondent (two cases). (Supreme Court, Appellate Division, First Department. December 15, 1903.) Actions by George A. Stearns against the Shepard & Morse Lumber Company. No opinion. Appeals will be heard together when last appeal is reached.

STIRLING, Respondent, v. KELLEY, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. January 12, 1904.) Action by Catharine Stirling against Matthias Kelley, impleaded. No opinion. Order affirmed, with costs.

STRUTZ, Respondent, v. ROCHESTER RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 8, 1903.) Action by Theodore Strutz against the Rochester Railway Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, upon questions of law and fact, unless the plaintiff stipulates to modify the judgment by reducing the verdict to $5,-500 as of the date of rendition thereof, in which event, the judgment, as so modified, and order, are affirmed, without costs of this appeal to either party.

STOVER, J., votes for affirmance, without modification, and McLENNAN, P. J., votes for reversal, upon the ground that the verdict was against the weight of the evidence.

STUDEMAN, Appellant, v. BECKER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 19, 1904.) Action by Frederica Studeman against John George Becker and others. No opinion. Order affirmed, with $10 costs and disbursements.

TANENBAUM v. LIPPMAN. (Supreme Court, Appellate Division, First Department. January 15, 1904.) Action by Moses Tanenbaum against Gustav Lippman. No opinion. Motion denied, with $10 costs.

TENEMENT HOUSE DEPARTMENT OF CITY OF NEW YORK, Respondent, v. MOESCHEN, Appellant. (Supreme Court, Appellate Division, First Department. January 8, 1904.) Action by the Tenement House Department of the City of New York against Katie Moeschen. From a Municipal Court judgment in favor of plaintiff, affirmed by the Appellate Term (84 N. Y. Supp. 577), defendant appeals. Affirmed. Adolph Bloch, for appellant. Matthew C. Fleming, for respondent.

PER CURIAM. For the reasons stated in the opinion in Tenement House Department v. Moeschen (herewith handed down) 85 N. Y. Supp. 704, the determination of the Appellate Term should be affirmed, with costs.

TERWILLIGER, Appellant, v. NEW YORK, N. H. & H. R. Co., Respondent. (Supreme Court, Appellate Division. Second Department. December 30, 1903.) Action by Fred J. Terwilliger against the New York, New Haven & Hartford Railroad Company. No opinion. Judgment reversed, and new trial granted, costs to abide the event, for error in the rulings upon the questions at folios 78 and 79 of the record.

THOMPSON, Respondent, v. THOMPSON, Appellant. (Supreme Court, Appellate Division, Third Department. January 6, 1904.) Action by Minnie Bailey Thompson against Millard F. Thompson.

PER CURIAM. Judgment and order affirmed, with costs.

CHASE and HOUGHTON, JJ., dissent.

THURSTON, Appellant, v. CYPRESS HILLS CEMETERY et al., Respondents. (Supreme Court, Appellate Division, First Department. December 24, 1903.) Action by George W. Thurston against the Cypress Hills Cemetery and others. J. Fettretch, for appellant. C. E. Hughes, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

TODD, Respondent, v. MUNICIPAL TELEGRAPH & STOCK Co., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 12, 1904.) Action by Luzerne A. Todd against the Municipal Telegraph & Stock Company. No opinion. Order affirmed, with $10 costs and disbursements.

TOWN OF MANLIUS, Appellant, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. January 6, 1904.) Action by the town of Manlius against the state of New York.

PER CURIAM. Judgment affirmed, with costs.

HOUGHTON, J., dissents.

TOWN OF SKANEATELES, Appellant, v. RODGER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. December 8, 1903.) Action by the town of Skaneateles against C. Julia Rodger and another. No opinion. Motion granted, with $10 costs, unless appellant within 15 days files and serves its printed papers upon appeal, in which event the motion is denied, without costs.

TOWN OF SKANEATELES, Appellant, v. RODGER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 12, 1904.) Action by the town of Skaneateles against C. Julia Rodger and another. No opinion. Motion to dismiss appeal granted, and judgment affirmed, with costs.

TOWNSEND, Appellant, v. NEW YORK PRODUCE EXCHANGE, Respondent. (Supreme Court, Appellate Division, First Department. December 24, 1903.) Action by William H. Townsend against the New York Produce Exchange. W. H. Lyons, for appellant. A. E. Blackmar, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.